# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO.: 24-00160-KD-MU |
| | ) |
| JONATHAN COLEMAN | ) |
| a/k/a JOHNATHAN COLEMAN | ) |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 131) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count(s) One of the Information, 18 U.S.C. 1512(b)(1) – Attempted Tampering with a Witness, is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **December 12, 2025, at 10:00 a.m.** in the United States Courthouse, Courtroom 4B, 155 St. Joseph Street, Mobile, AL 36602.

**DONE** and **ORDERED** this **25th day** of **September 2025**.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE